IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LIVIA M. SCOTTO,  :  <br>    *Plaintiff*,           :  <br>                              :  <br> v.                       :     CIVIL ACTION NO. 23-CV-0541  <br>                              :  <br> UNITED STATES, *et al.*,  :  <br>    *Defendants*.        :  | |

### ORDER

AND NOW, this 28th day of July, 2023, upon consideration of Plaintiff Livia M. Scotto's request to *in forma pauperis* (ECF No. 9), *pro se* Amended Complaint (ECF No. 10), and remaining motions for relief (ECF Nos. 11, 12, 13, 14, 15, & 18), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Amended Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4. Scotto's remaining motions (ECF Nos. 11, 12, 13, 14, 15, & 18) are **DENIED AS MOOT**.

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
**GERALD J. PAPPERT, J.**